FRANK HARTY NORRIS, A MINOR,

BY

GERTRUDE V. HOLESWORTH, GUARDIAN,

*vs.*

CLYDE C. CHILDS AND TOWN OF MOUNT VERNON.

Kennebec County. Decided December 10, 1935. The record in this case indicates that there are persons materially interested in the subject matter of the suit who are not joined as parties, and no reason for their non-joinder appears. Also the right of the guardian of the non-resident plaintiff to prosecute the suit for her ward is not established. Under the circumstances, the entry must be: Report discharged. *Berman & Berman* of Lewiston, for plaintiff. *Ralph W. Crockett*, for defendants.